```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :     INFORMATION
              - v. -                     21 Cr. 584
                                   :
FRANCIS HUGHES,
                                   :
              Defendant.
- - - - - - - - - - - - - - - - -x
```

## COUNT ONE
(Receipt and Distribution of Child Pornography)

The United States Attorney charges:

1. On or about February 16, 2020, in the Southern District of New York and elsewhere, FRANCIS HUGHES, the defendant, knowingly received and distributed material containing child pornography that had been mailed, and using means and facilities of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, HUGHES received images of child pornography via text from a 15-year-old minor in Westchester, New York, with whom HUGHES was engaging in sexually explicit text communications.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

*Audrey Strauss*
AUDREY STRAUSS
United States Attorney