UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francis Hughes

        Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

\*\* No. 21-CR-00584 (PMH) \*\*

Defendant _____ hereby voluntarily consents to participate in the following proceeding via
☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     October 7, 2021 Conference Before a Judicial Officer

(During a phone call on October 5, 2021, Mr. Hughes authorized Benjamin Gold to affix his electronic signature to this form)

*Francis Hughes*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Francis Hughes
_____
Print Defendant's Name

[signature: Ben G]
_____
Defendant's Counsel's Signature

Benjamin Gold
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**October 7, 2021**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~