March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY
TELECONFERENCE**

-v-

21 -CR- 584( ) ( )

 Francis Hughes                    ,
                            Defendant(s).
----------------------------------------------------------------X

Defendant ___Francis Hughes_____ hereby voluntarily consents to
participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

(During a phone call on February 7, 2022, Mr. Hughes authorized Benjamin Gold
to affix his electronic signature on this form).

_Francis Hughes_____        _____
Defendant's Signature               Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Francis Hughes_____         Benjamin Gold_____
Print Defendant's Name               Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.


**February 8, 2022**                 _____
Date                                 U.S. District Judge/U.S. Magistrate Judge