**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 30, 2022

The Honorable Philip M. Halpern
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4154

    Re:    United States v. Francis Hughes
            21-cr-00584(PMH)

Dear Honorable Halpern:

    I am writing on behalf of Francis Hughes to ask that Your Honor please adjourn the conference that is currently scheduled for April 5, 2022. As background, I have been in ongoing plea discussions with the Government and, as part of that process, I have asked to view certain discovery that is in the Government's possession. The Government has agreed to such a viewing, but our schedules have not yet made that possible.[1] As such, I ask that Mr. Hughes' conference be adjourned to a date in early May.

    I have spoken to AUSA Marcia Cohen, and she does not object to this request. If this application is granted, I ask that time be exclude under the Speedy Trial Act.

    Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Marcia Cohen

---

[1] Part of the scheduling difficulty is that I would like to bring a digital forensic expert with me to this viewing, so it requires balancing multiple schedules.