# Federal Defenders
OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted. The status conference scheduled presently for April 5, 2022 is adjourned to 9:00 a.m. on May 23, 2022. At the time of the conference, the parties shall call: (888) 398-2342; access code: 3456831.
>
> The parties are directed to file a Proposed Order Excluding Time Under the Speedy Trial Act for the Court's approval forthwith.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 46.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        March 31, 2022

The Honorable Philip M. Halpern
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4154

  Re: United States v. Francis Hughes
     21-cr-00584(PMH)

Dear Honorable Halpern:

  I am writing on behalf of Francis Hughes to ask that Your Honor please adjourn the conference that is currently scheduled for April 5, 2022. As background, I have been in ongoing plea discussions with the Government and, as part of that process, I have asked to view certain discovery that is in the Government's possession. The Government has agreed to such a viewing, but our schedules have not yet made that possible.[1] As such, I ask that Mr. Hughes' conference be adjourned to a date in early May.

  I have spoken to AUSA Marcia Cohen, and she does not object to this request. If this application is granted, I ask that time be exclude under the Speedy Trial Act.

  Thank you for your consideration.

              Sincerely,

              //s

              Benjamin Gold
              Assistant Federal Defender

cc: AUSA Marcia Cohen

---

[1] Part of the scheduling difficulty is that I would like to bring a digital forensic expert with me to this viewing, so it requires balancing multiple schedules.