UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| - v. -   : | ORDER |
| : | |
| FRANCIS HUGHES, : | 21 Cr. 584 (PMH) |
| : | |
| Defendant. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Marcia S. Cohen, of counsel, and with the consent of FRANCIS HUGHES, by and through Benjamin Gold, Esq., it is hereby ORDERED that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit defense attorney additional time to review the discovery, engage in discussions with the Government concerning a potential disposition, and meet with his client.  Accordingly, it is further ORDERED that the time between the date of this Order and May 23, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:  White Plains, New York
       April __, 2022

                                                                     _____
                                                                     PHILIP M. HALPERN
                                                                     UNITED STATES DISTRICT JUDGE