March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Francis Hughes  ,

        Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 584 ( ) ( )

Defendant __Francis Hughes__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

(During a videoconference on May 20, 2022, Mr. Hughes authorized Benjamin Gold to affix his electronic signature to this form)

_Francis Hughes_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Francis Hughes
Print Defendant's Name

_Ben G_
Defense Counsel's Signature

Benjamin Gold
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__May 23, 2022__
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~