March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Francis Hughes ,
            Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR-584 ( ) ( )

Defendant __Francis Hughes_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

[During a video conferenceon on July 9, 2022, Francis Hughes authoerized Benjamin Gold to affix his electronic signature on this page]

*Francis Hughes*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Francis Hughes
Print Defendant's Name

*[signature]*
Defense Counsel's Signature

Benjamin Gold
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

**July 12, 2022**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~