UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA      :

           :       **MOTION SCHEDULING ORDER**

v.           :

           :       21-CR-00584 (PMH)

FRANCIS HUGHES,      :

          Defendant.  :

------------------------------------------------------x

At today's conference, the Court set the following briefing schedule for pretrial motions:

1.  Defendants' motions, if any, shall be filed by August 26, 2022.

2.  The Government's opposition shall be filed by September 16, 2022.

3.  Defendants' reply, if any, shall be filed by September 23, 2022.

4.  Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the Government consents to a hearing.

For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until August 16, 2022.

Dated: July 12, 2022
      White Plains, New York

                         SO ORDERED:

                         _____

                         Philip M. Halpern
                         United States District Judge