UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
**Francis Hughes,**                 :
                    Defendants.     :     7- 21-cr-00584- PMH
                                    :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to February 23, 2023 at 4:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022             SO ORDERED:

                                    _____
                                    Philip M. Halpern, U.S.D.J