UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Judgment Creditor,

v.

FRANCIS HUGHES,

                    Judgment Debtor,

and

TD BANK, N.A.,

                    Third-Party Respondent.

---

> Application for the entry of the Proposed Turnover Order (Doc. 73-1) is denied. The Proposed Turnover Order does not correctly reflect the special assessment ordered by the Court pursuant to the Justice for Victims of Trafficking Act in the amount of $5,000.00. (Doc. 65). The government, should it be so advised, may file a corrected Proposed Turnover Order. The government is further directed to file, by November 13, 2023, a response to Defendant's letter dated October 24, 2023. (Doc. 72).
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          November 6, 2023

---

PLEASE TAKE NOTICE that the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, with notice to the judgment debtor, FRANCIS HUGHES, and his spouse, Eileen Hughes, as power of attorney and a potentially interested party, moves before the Honorable Philip M. Halpern, United States District Judge, United States Courthouse, 300 Quarropas Street, White Plains, New York, pursuant to 18 U.S.C. § 3613, Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), upon the accompanying memorandum of law, to enter a turnover order directing the respondent, TD Bank, N.A., to submit $8,100.00 to the Clerk of Court to satisfy the judgment.

Dated:    New York, New York
           September 27, 2023

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                     By:    _/s/ Melissa A. Childs_
                            MELISSA A. CHILDS
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor

                                    New York, New York 10007
                                    Tel.: (212) 637-2711
                                    E-mail: melissa.childs@usdoj.gov

TO:    TD Bank, N.A.                    Francis Hughes
         Levy Depai1ment             Register Number: 88101-054
         P.O. Box 1880                    FCI Fort Dix
         Cherry Hill, NJ 08034         P.O. Box 2000
         *Third-Party Respondent*     Joint Base MDL, NJ  08640
                                             *Defendant*

                                    Eileen Hughes
                                    Brooklyn, NY[1]
                                    *Defendant's Spouse, Power of Attorney,*
                                    *Interested Third Party*

---

[1] Pursuant to Fed. R. Crim. P. 49.1, the home address of the defendant has been redacted to the city and state to prevent public disclosure.