UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                              **ORDER**

    v.

                                     7:21-CR-00584 (PMH)

  FRANCIS HUGHES,

                      Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

On August 16, 2022, Defendant Francis Hughes pled guilty to receipt and distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1). On July 18, 2023, the Court sentenced Defendant to 60 months in prison, followed by 10 years of supervised release. (Doc. 65). On March 19, 2025, Defendant filed a Motion for Return of Property ("Motion to Return Property") pursuant to Fed. R. Crim. P. 41(g). (Doc. 80).

On June 12, 2025, the Court granted Defendant's Motion to Return Property in part and directed the Government to return the following property to Defendant within 30 days: two 1GB SanDisk thumb drives; one black Moxnice model P63 tablet with tablet case; one Muama wireless router serial #458890; one red Alcatel onetouch cell phone; one Dell Desktop Tower, s/n: JVF9KK1; one Sony Digital Camera, s/n: 386273; and one Dell PC Tower, s/n: 84PRP52. (Doc. 84).

On January 5, 2026, Defendant filed a Motion to Compel Compliance with Court Order ("Motion to Compel") asserting that the following items have not been returned: two 1GB SanDisk thumb drives; one black Moxnice model P63 tablet with tablet case; one Muama wireless router serial #458890; and one red Alcatel onetouch cell phone. (Doc. 88). On January 29, 2026, the

1

Government filed a letter, with proof of receipt, confirming that the items referenced in the Motion to Compel were returned that day. (Doc. 90).

Accordingly, Defendant's Motion to Compel is DENIED as moot. The Clerk of Court is respectfully directed to terminate the pending motion: Doc. 88. The Clerk of Court is also respectfully directed to mail a copy of this Order to Defendant at # 88101-054, FMC Butner, P.O. Box 1600, Butner, NC 27509.

**SO ORDERED:**

Dated: White Plains, New York
      January 30, 2026

Philip M. Halpern
United States District Judge

2